IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:19-cv-02645-JAR<br>) |
| HOME SERVICE OIL COMPANY d/b/a EXPRESS MART, | )<br>)<br>)<br>) |
| Defendant. | )<br>)<br>)<br>) |

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff Equal Employment Opportunity Commission and Defendant Home Service Oil Company d/b/a Express Mart, by and through counsel, and respectfully advise this Court that the parties have reached a negotiated settlement of this case in the form of a Consent Decree.  By February 24, 2020, the parties expect to file a joint motion for entry of the Consent Decree with a copy of the executed Decree attached thereto.

The parties request that all deadlines in the Court's Scheduling Order be stayed.

Respectfully and jointly submitted,

PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

/s/ *Jennifer Arendes*
Jennifer L. Arendes
Meredith S. Berwick
St. Louis District Office
1222 Spruce St., Room 8.100
St. Louis, Missouri  63103
(314) 539-7916
jennifer.arendes@eeoc.gov
meredith.berwick@eeoc.gov

Attorneys for Plaintiff

DEFENDANT HOME SERVICE OIL COMPANY d/b/a EXPRESS MART

/s/ Robert D. Younger *(with consent)*
Robert D. Younger
Julie M. Pagano
McMahon Berger, P.C.
2730 North Ballas Road, Suite 200
St. Louis, Missouri 63131
(314) 567-7350
younger@mcmahonberger.com
pagano@mcmahonberger.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 13, 2020, the foregoing was filed via the Court's Case Management/Electronic Case File (CM/ECF) system and served on all counsel of record.

<i>/s/ Jennifer L. Arendes</i><br>
Jennifer L. Arendes